UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ABREU,

                              Plaintiff,

           – against –

HENTON,

                             Defendant.
-------------------------------------------------------------------------x

No. 19-CV-5322 (CS)

**ORDER**

Seibel, J.

      Plaintiff commenced this action by filing a Complaint on June 5, 2019. (Doc. 2.) On November 26, 2019, Defendant filed a pre-motion letter contemplating a motion to dismiss, (Doc. 15), and on December 30, 2019 a pre-motion conference was held, at which the Court granted Plaintiff leave to amend the Complaint by February 14, 2020, (*see* Minute Entry dated Dec. 30, 2019). Plaintiff did not amend the Complaint, and on March 30, 2020, Defendant filed a motion to dismiss. (Doc. 23.)

      In a Bench Ruling on October 28, 2020, the Court granted Defendant's motion to dismiss without prejudice. (*See* Minute Entry dated Oct. 28, 2020.) The Court informed Plaintiff that his claim will be dismissed with prejudice and the case will be closed if he does not file a Motion to Amend and proposed Amended Complaint by November 30, 2020. That date has long passed and Plaintiff has not filed a Motion to Amend or proposed Amended Complaint.

1

Accordingly, Plaintiff's claim is DISMISSED with prejudice.  The Clerk of Court is respectfully directed to close the case and mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: July 19, 2021
       White Plains, New York

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.