**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ABREU,

                              Plaintiff,

              -against-                                              19 **CIVIL** 5322 (CS)

                                                                    <u>**JUDGMENT**</u>

HENTON,

                              Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 19, 2021, in a Bench Ruling on October 28, 2020, the Court granted Defendant's motion to dismiss without prejudice. (*See* Minute Entry dated Oct. 28, 2020.) The Court informed Plaintiff that his claim will be dismissed with prejudice and the case will be closed if he does not file a Motion to Amend and proposed Amended Complaint by November 30, 2020. That date has long passed and Plaintiff has not filed a Motion to Amend or proposed Amended Complaint. Accordingly, Plaintiff's claim is DISMISSED with prejudice, and the case is closed.

**Dated:** New York, New York

     July 19, 2021

                                                            **RUBY J. KRAJICK**
                                                  _____
                                                            Clerk of Court
                                        **BY:** _David J. Thomas_
                                                            Deputy Clerk